James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Defendant
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS KAFATOS, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>               Defendant. | Case No. 3:15-cv-03727-JCS<br><br>STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD<br><br>**[Civil L.R. 6-1]**<br><br>Complaint Filed:    August 14, 2015 |

It is stipulated between Plaintiff Alexios Kafatos (individually and on behalf of all others similarly situated) ("Kafatos") and Defendant Uber Technologies, Inc. ("Uber"), by their respective attorneys, as follows:

1.     The parties agree that Uber's deadline to answer or otherwise respond to Plaintiff's Complaint in this action is extended by 30 days to October 9, 2015; and

2.     The parties have not previously requested extensions of any deadlines, and this extension will not alter any currently existing deadlines or the current case schedule.

**IT IS SO STIPULATED.**

DATED:  September 9, 2015

By: /s/ James G. Snell, Bar No. 173070
    James G. Snell, Bar No. 173070
    JSnell@perkinscoie.com
**PERKINS COIE** LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Defendant
Uber Technologies, Inc.

DATED:  September 9, 2015

By: /s/ Adrian R. Bacon, Bar No. 280332
    Adrian R. Bacon, Bar No. 280332
    abacon@attorneysforconsumers.com
**LAW OFFICES OF TODD M.**
**FRIEDMAN, P.C.**
324 S. Beverly Dr., #725
Beverly Hills, CA  90212
Telephone:  877.206.4741
Facsimile:  866.633.0228

Attorneys for Plaintiff

Dated: 9/15/15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

-2-

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD