1  James G. Snell, Bar No. 173070
   JSnell@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
4  Facsimile:  650.838.4350

5  Attorneys for Defendant
   UBER TECHNOLOGIES, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| ALEXIOS KAFATOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:15-cv-03727-JCS<br><br>**DECLARATION OF JAMES G. SNELL IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND [PROPOSED] ORDER TO RELATE CASES**<br><br>Lowest-Numbered Case: 15-cv-03727-JCS<br><br>First Filed Case: 14-cv-05678-JST |

-1-

DECLARATION AND [PROPOSED] ORDER TO RELATE CASES
3:15-cv-03727-JCS

1  I, James G. Snell, declare as follows:

2  1. I am an attorney licensed to practice law under the laws of the State of California. I am a partner with the law firm of Perkins Coie LLP, counsel for Defendant Uber Technologies, Inc. ("Uber"). I have personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

3  2. Uber has contacted counsel for plaintiffs in *Lathrop et al. v. Uber Technologies, Inc.*, Case No. 3:14-cv-05678-JST ("*Lathrop*") and *Kafatos v. Uber Technologies, Inc.*, Case No. 3:15-cv-03727-JCS ("*Kafatos*") regarding the Administrative Motion to Consider Whether Cases Should be Related ("Administrative Motion"). Counsel for Lathrop and Kafatos have indicated that they will not oppose the Administrative Motion, but will not stipulate to it.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 14, 2015

**PERKINS COIE LLP**

By: /s/ James G. Snell
    James G. Snell, Bar No. 173070
    JSnell@perkinscoie.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

-2-

DECLARATION AND [PROPOSED] ORDER TO RELATE CASES
3:15-cv-03727-JCS

# [PROPOSED] ORDER

Having considered Uber's Administrative Motion to Consider Whether Cases Should be Related, and good cause appearing, the Court hereby GRANTS Uber's motion. The *Kafatos* and *Lathrop* Actions are related under Local Rule 3-12(a), and the *Kafatos* Action is therefore reassigned to this Court pursuant to Local Rule 3-12(f).

IT IS SO ORDERED.

DATED: _____, 2015

Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE