# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ALEXIOS KAFATOS

          Plaintiff(s),

v.

UBER TECHNOLOGIES INC.

          Defendant(s).

Case No. 3:15-cv-03727-JCS

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/16/15

                                                                                   [Party]

Dated: 10/16/2015

                                                                            s/ Todd M. Friedman, Esq.
                                                                            [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 6/14