UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS KAFATOS,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No.  3:15-cv-03727-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 18 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for December 16, 2015 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due ten Court days prior to the conference.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 22, 2015

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By: _____
                                        William Noble, Deputy Clerk to the
                                        Honorable JON S. TIGAR
                                        415-522-2036