UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS KAFATOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 15-cv-03727-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to file Initial Disclosures | December 23, 2015 |
| Deadline to add parties or amend the pleadings | February 12, 2016 |
| Plaintiff's expert designation | August 15, 2016 |
| Defendant's expert designation | September 16, 2016 |
| Mediation deadline | October 21, 2016 |
| Fact discovery cut-off | November 29, 2016 |
| Plaintiff's motion for class certification | January 30, 2017 |
| Opposition to class certification | February 27, 2017 |
| Reply to class certification | March 13, 2017 |

| Event | Deadline |
|---|---|
| Deadline to file dispositive motions | 60 days after the order on class certification |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: December 16, 2015



JON S. TIGAR
United States District Judge