Sarah Crooks (admitted *pro hac vice*)
scrooks@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Telephone: (503) 727-2000
Facsimile: (503) 727-2222

Debra Bernard (admitted *pro hac vice*)
dbernard@perkinscoie.com
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9559

Nicola C. Menaldo (admitted *pro hac vice*)
nmenaldo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000

Attorneys for Defendant
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXIOS KAFATOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:15-cv-03727-JST<br><br>**[DEFENDANT'S PROPOSED] AMENDED SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.

| Event | Deadline |
|---|---|
| Deadline to file Initial Disclosures | December 23, 2015 |

-1-

-2-

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | February 12, 2016 |
| Plaintiff's expert designation | August 15, 2016 |
| Defendant's expert designation | September 16, 2016 |
| Mediation deadline | October 21, 2016 |
| Fact discovery cut-off | November 29, 2016 |
| Expert discovery cut-off | January 16, 2017 |
| Plaintiff's motion for class certification | January 30, 2017 |
| Opposition to class certification | February 27, 2017 |
| Reply to class certification | March 13, 2017 |
| Deadline to file dispositive motions | 60 days after the order on class certification |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated:  February 9   , 2016

_____
JON S. TIGAR
United States District Judge

-2-