Todd M. Friedman (216752)
tfriedman@attorneysforconsumers.com
Adrian R. Bacon (280332)
abacon@attorneysforconsumers.com
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXIOS KAFATOS, individually and on behalf of all others similarly situated, | Case No. 3:15-cv-03727-JST |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | Judge:     Hon. Jon S. Tigar |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

Plaintiff Alexios Kafatos and Defendant Uber Technologies, Inc. ("Uber") hereby stipulate and request an order dismissing this case in its entirety. The claims alleged on behalf of Plaintiff as an individual will be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: October 3, 2016

TODD M. FRIEDMAN
ADRIAN R. BACON
LAW OFFICES OF TODD M. FRIEDMAN, P.C.


By:   */s/ Todd M. Friedman*
      TODD M. FRIEDMAN

Attorneys for Plaintiff
ALEXIOS KAFATOS


Dated: October 3, 2016

TIFFANY CHEUNG
GRANT C. SCHRADER
LUCIA X. ROIBAL
MORRISON & FOERSTER LLP


By:   */s/ Tiffany Cheung*
      TIFFANY CHEUNG

Attorneys for Defendant
UBER TECHNOLOGIES, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: October ___, 2016

_____
Hon. Jon S. Tigar
United States District Judge

1

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

**ECF ATTESTATION**

I, Todd M. Friedman, am the ECF User whose ID and password are being used to file the following: STIPULATION OF DISMISSAL AND [PROPOSED] ORDER.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Tiffany Cheung has concurred in this filing.

Dated:  October 3, 2016

By:  <u>/s/ *Todd M. Friedman*</u>
TODD M. FRIEDMAN

## **CERTIFICATE OF SERVICE**

Filed electronically on this 3rd day of October, 2016, with:

United States District Court CM/ECF system

Notification sent electronically on this 3rd day of October, 2016, to:

Honorable Judge Jon S. Tigar
United States District Court
Northern District of California

Tiffany Cheung
Grant C. Schrader
Lucia X. Roibal
Morrison & Foerster LLP

/s/Todd M. Friemdan
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

2
TITLE
CASE NO. CGC-16-552035