UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS KAFATOS,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No.15-cv-03727-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 53 |

The parties have filed a stipulation of dismissal dated October 3, 2016, stating that they have agreed to a settlement of this action. ECF No. 53. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 3, 2016

                                                          JON S. TIGAR
                                          United States District Judge